IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SANNO BARROW,<br><br>    Plaintiff,<br><br>v.<br><br>SAGO NETWORKS, LLC,<br>and MILLER M. COOPER<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO.: 1:15-cv-03040-LMM<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement and Release. Upon review of the proposed Settlement Agreement and Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Approval of Settlement Agreement and Release is **GRANTED**.

2. The Parties' FLSA Settlement Agreement and Release is **APPROVED**.

3. The instant case is **DISMISSED WITH PREJUDICE** against all Defendants.

4. This Court retains jurisdiction to enforce the terms of the Settlement

1

Agreement and Release upon motion of either party until the Settlement is paid in full.

**IT IS SO ORDERED**, this the 8th day of November 2016.

_____
Honorable Leigh Martin May
United States District Judge